# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3566

_____

|  |  |  |
|---|---|---|
| Walter Lee Walton, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| Joe Campbell, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Rick Toney, Warden, Varner Super | * | |
| Max, ADC; Ray Hobbs, Deputy Chief | * | [UNPUBLISHED] |
| Director, Arkansas Department of | * | |
| Correction; J. T. Banks, Assistant | * | |
| Warden, Varner Super Max, ADC; | * | |
| R. Dobbs, Deputy Chief Director, | * | |
| ADC, Central Office; Curl, Sergeant, | * | |
| Classification Varner Super Max; | * | |
| A. Jones, Treatment Coordinator | * | |
| ADC, Varner Super Max; F. Allen, | * | |
| Education Coordinator ADC, | * | |
| Varner Super Max; E. Scott, | * | |
| Classification ADC, Varner Super Max, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 6, 2003
Filed: March 11, 2003

_____

Before HANSEN, Chief Judge, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Walter Walton appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons explained by the district court: Walton's due process claim is barred by <u>Sandin v. Connor</u>, 515 U.S. 472 (1995).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny Walton's pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.